UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ABRIANA ALVAREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 3:23-cv-00768 |
| | ) |
| BETHEL UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order of November 17, 2023 [DE 14], the parties hereby notify the Court that they have agreed to select Anthony M. Stites, Esq. of Barrett McNagny, 215 E. Berry St. Fort Wayne, IN  46802 to serve as mediator in this case.

Date:   November 29, 2023

| | |
|---|---|
| /s/  w/consent – Richard J. LaSalvia | /s/  Teresa A. Maginn |
| Richard J. LaSalvia, Esq. | Janilyn Brouwer Daub |
| 105 E. Jefferson Blvd., Suite 220 | Janilyn.Daub@btlaw.com |
| South Bend, IN  46601 | (574) 237-1139 |
| (574) 232-1900 | Teresa A. Maginn |
| Richard.lasalvia@gmail.com | Teresa.Maginn@btlaw.com |
| | (574) 237-1172 |
| *Attorney for Plaintiff,* | BARNES & THORNBURG LLP |
| *Abriana Alvarez* | 201 S. Main St., Suite 400 |
| | South Bend, IN  46601-2130 |
| | |
| | *Attorneys for Defendant,* |
| | *Bethel University, Inc.* |

DMS 40938319.1