UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ABRIANA ALVAREZ, ) | |
| ) | |
| Plaintiff, ) | Case No: 3:23-cv-768 |
| ) | |
| vs. ) | |
| ) | |
| BETHEL UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF MEDIATOR

COMES NOW the Mediator, Anthony M. Stites, and reports to the Court that the parties in the above-referenced cause met for mediation with the Mediator on February 28, 2024. The parties were able to settle and resolve the underlying litigation.

SO REPORTED THIS 28th day of February, 2024.

        Respectfully submitted:

        BARRETT McNAGNY LLP

        By: */s/ Anthony M. Stites*
            Anthony M. Stites, #14078-71
            215 East Berry Street
            P.O. Box 2263
            Fort Wayne, IN 46801
            Telephone: (260) 423-9551
            Fax: (260) 423-8920
            Email: ams@barrettlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of February, 2024, a true and correct copy of the foregoing Report of Mediator was served to all counsel of record via the Court's IEFS - CM/ECF System, or via U.S. Postal Service, pre-paid delivery, for those parties not yet registered.

| | |
|---|---|
| Richard J. LaSalvia<br>Law Office of Richard J. LaSalvia<br>105 E. Jefferson, Suite 220<br>South Bend, IN 46601<br>richard_lasalvia@sbcglobal.net | Janilyn Brouwer Daub<br>Teresa A. Maginn<br>Barnes & Thornburg LLP - SB/IN<br>201 S. Main St., Ste 400<br>South Bend, IN 46601<br>janilyn.daub@btlaw.com<br>teresa.maginn@btlaw.com |

        /s/ Anthony M. Stites
        Anthony M. Stites