UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ABRIANA ALVAREZ, | ) |
| Plaintiff, | ) Case No. 3:23-cv-00768 |
| v. | ) |
| BETHEL UNIVERSITY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Abriana Alvarez and Defendant, Bethel University, by counsel, hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned cause of action in its entirety and without the assessments of costs or attorneys' fees against either party.

Date    March 12, 2024

*/s/ w/consent – Richard LaSalvia*
Richard LaSalvia
richard.lasalvia@gmail.com
105 E. Jefferson, Suite 220
South Bend, IN 46601

*Attorney for Plaintiff,*
*Abriana Alvarez*

BARNES & THORNBURG LLP

*/s/ Janilyn Brouwer Daub*
Janilyn Brouwer Daub
Janilyn.Daub@btlaw.com
(574) 237-1139
Teresa A. Maginn
Teresa.Maginn@btlaw.com
(574) 237-1172
201 S. Main St., Suite 400
South Bend, IN 46601-2130

*Attorneys for Defendant,*
*Bethel University*

DMS 42338512.1