UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ABRIANA ALVREZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 3:23-CV-768-MGG |
| ) | |
| BETHEL UNIVERSITY INC ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Parties have filed their Joint Stipulation of Dismissal, the Court now approves the Stipulation.

IT IS THEREFORE ORDERED that this matter is dismissed, with prejudice, and with each party bearing its own costs.

So ORDERED this 14th day of March 2024.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge